IN THE UNITED STATES DISTRICT COURTS
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:12-CV-445-FL

| | |
|---|---|
| DONNIE ANDERSON,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>      Acting Commissioner of<br>      Social Security,<br><br>Defendant. | ORDER<br>FOR REMAND |

This matter is before the Court on defendant's Motion for Remand to the Acting Commissioner. Plaintiff's counsel indicated that she did not oppose the defendant's Motion for Remand.

Accordingly, for good cause shown, the Court hereby reverses the Acting Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and § 1383(c)(3) and remands the case to the Acting Commissioner for further proceedings including a new hearing before an Administrative Law Judge. See Shalala v. Schaefer, 509 U.S. 292 (1993); Melkonyan v. Sullivan, 501 U.S. 89 (1991).

SO ORDERED this 6th day of May, 2013.

*/s/ Louise W. Flanagan*
JUDGE LOUISE W. FLANAGAN
UNITED STATES DISTRICT JUDGE